**Electronically Filed
Supreme Court
SCWC-13-0005864
14-APR-2014
10:59 AM**

SCWC-13-0005864

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DISCOVER BANK, a Delaware Corporation,
Respondent/Plaintiff-Appellee,

vs.

BRADFORD W. ADAMS and EI RAYNA K. ADAMS,
Petitioners/Defendants-Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0005864; CIV. NO. 1RC09-1-009133)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ., and
Circuit Judge Ochiai, assigned by reason of vacancy)

The application for writ of certiorari, filed on March

25, 2014, is hereby rejected.

DATED: Honolulu, Hawaiʻi, April 14, 2014.

Bradford W. Adams and Ei Rayna       /s/ Mark E. Recktenwald
K. Adams, petitioners pro se
                                     /s/ Paula A. Nakayama

                                     /s/ Sabrina S. McKenna

                                     /s/ Richard W. Pollack

                                     /s/ Dean E. Ochiai

